# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE No.** 1:20-cv-20052-BB

BETH WAILES,

    Plaintiff,

vs.

ADVANCED COLLECTION BUREAU, INC. and
HOLMES REGIONAL MEDICAL CENTER, INC.

    Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff BETH WAILES, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *without* Prejudice of the above styled action.

DATED: January 29, 2020

        Respectfully Submitted,

        /s/ Jibrael S. Hindi
        **JIBRAEL S. HINDI, ESQ.**
        Florida Bar No.: 118259
        E-mail: jibrael@jibraellaw.com
        **THOMAS J. PATTI, ESQ.**
        Florida Bar No.: 118377
        E-mail: tom@jibraellaw.com
        The Law Offices of Jibrael S. Hindi
        110 SE 6th Street, Suite 1744
        Fort Lauderdale, Florida 33301
        Phone: 954-907-1136
        Fax: 855-529-9540

        *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 29, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        Respectfully Submitted,

         /s/ Thomas J. Patti                                        .
        **THOMAS J. PATTI, ESQ.**
        Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com